UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL |||
|---|---|---|
| CASE TITLE:<br>Ashley Nall v. Hartford Life and Accident Insurance Company | USCA DOCKET NUMBER:<br>22-49-CV | COUNSEL'S NAME:<br>Robinson & Cole LLP |
| | DISTRICT/AGENCY:<br>U.S.D.C., District of Connecticut | COUNSEL'S ADDRESS:<br>1055 Washington Blvd.<br>Stamford, CT 06901 |
| | DISTRICT/AGENCY NUMBER:<br>20-cv-001170 | DATE:<br>03/24/2023 |

Counsel for Appellee, Hartford Life and Accident Insurance Company
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Appellant, Ashley Nall
and in favor of
Appellee, Hartford Life & Accident Insurance Co.
for insertion in the mandate.

Docketing Fee _____

Costs of printing appendix (necessary copies _____ ) _____

Costs of printing brief (necessary copies  1  ) $850.00
Please see Exhibit A (Counsel Press invoice for costs of printing brief)

Costs of printing reply brief (necessary copies _____ ) _____

*(signature)*
(VERIFICATION HERE)

/s/ Gregory J. Bennici

Signature *(signature)*

Rev. April, 2011

# Exhibit A

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019
Phone: (800) 427-7325

Invoice Number: 0009138425
Date: 07/26/2022
Fed. Tax ID: ████0949
Terms: ON RECEIPT

**Sold To**

Robinson & Cole LLP
1055 Washington Boulevard
9th Floor
Stamford, CT 069012249   USA

Attention: Gregory J. Bennici, Esq.

File No.: 314318
Court: USCOA - 2ND
Case Name: Hall v. Hartford Life

| | | | Amount |
|---|---|---|---|
| | APPELLEE'S BRIEF | | |
| 1.00 | Preparation of Brief Page(s) | @ $565.00 | $565.00 |
| 1.00 | Electronic File Production and Review | @ $75.00 | $75.00 |
| 1.00 | File Upload(s) | @ $50.00 | $50.00 |
| 1.00 | Filing of Documents | @ $80.00 | $80.00 |
| 1.00 | Shipping & Handling | @ $80.00 | $80.00 |

01-TAF
08/03/2022 17 04 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

Subtotal  $850.00
Sales Tax  $0.00
           $0.00
Payment/Credit  $0.00
Balance  $850.00

Page 1 of 1

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON,MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - DELHI, NY